### IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF ARKANSAS
### FAYETTEVILLE DIVISION

**ROGER C. MANSELL**                                                                                       **PLAINTIFF**

**v.**                                            **Case No. 5:21-CV-5221**

**ANDREW M. SAUL, Commissioner**
**Social Security Administration**                                                                 **DEFENDANT**

### ORDER

Currently before the Court is the Report and Recommendation (Doc. 6) filed in this case on December 13, 2021, by the Honorable Christy Comstock, United States Magistrate for the Western District of Arkansas. The objection period has passed with no objections being filed by any party.

The Court, being well and sufficiently advised, finds as follows: The Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Plaintiff's Application for Leave to proceed *in forma pauperis* (Doc. 2) is **DENIED** and Plaintiff must tender the filing fee of $402.00 on or before January 25, 2022. Should Plaintiff fail to comply within the required period of time, his complaint will become subject to summary dismissal for failure to obey a court order.

**IT IS SO ORDERED** this 30th day of December, 2021.

                                                      */s/ Timothy L. Brooks*
                                                      TIMOTHY L. BROOKS
                                                      UNITED STATES DISTRICT JUDGE